**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **MICHAEL BASKIN, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No.  2:20-CV-2267** |
| **v.** | ) | |
| | ) | **NOTICE OF REMOVAL OF** |
| | ) | **CIVIL ACTION** |
| | ) | |
| **BIG BLUE HEALTHCARE, INC** | ) | |
| **d/b/a RIVERBEND POST-ACUTE** | ) | |
| **REHABILITATION, et al.,** | ) | |
| **Defendants.** | ) | |

TO:   The Clerk of the above-entitled court and
all parties and their attorneys of record

PLEASE TAKE NOTICE that defendants Big Blue Healthcare, Inc. d/b/a Riverbend
Post-Acute Rehabilitation, Little Blue Health Holdings, LLC, and Ryan Leiker pursuant to the
provisions of 28 U.S.C. §§ 1331, 1441 and 1446, hereby remove the above-captioned matter,
from the District Court of Wyandotte County, Kansas to the United States District Court for the
District of Kansas. In support of their removal, defendants respectfully state:

1.      Plaintiffs Michael Baskin and Willie Baskin filed their Petition on or about April
28, 2020 commencing an action styled Michael Baskin, et al., v. Big Blue Healthcare d/b/a
Riverbend Post-Acute Rehabilitation, et al., Case No. 2020-CV-000265 in the District Court of
Wyandotte County, Kansas. A true copy of all process, pleadings, and orders obtained to date are
attached hereto as Exhibit A.

2.      Defendants are timely filing this Notice of Removal within thirty days of service
of process as required by 28 U.S.C. § 1446(b).

3.      This Notice of Removal is filed pursuant to federal question jurisdiction.

4.      Plaintiffs brought this wrongful death action alleging professional negligence against the Defendants for the breach of the applicable standard of care for its treatment, care and their distribution, administration, or use of medical countermeasures related to the COVID-19 global pandemic and national public health emergency.

5.      Pursuant to the Public Readiness and Emergency Preparedness Act, 42 U.S.C.A. §§ 247d-6d, 247d-6e (West 2020) (hereinafter the "PREP Act") and Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, 85 Fed. Reg. 15198 (Mar. 17, 2020), *amended by* 85 Fed. Reg. 21012 (Apr. 15, 2020), (herein referred to as "the Declaration"), there is complete preemption of plaintiffs' alleged causes of action as they are barred under the PREP Act and federal legislation. As such, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331.

6.      The Public Readiness and Emergency Preparedness Act (the "PREP ACT"), 42 U.S.C. §§ 247d-6d, 247d-6e (2006) is a federal statute that applies specifically to health care providers and professionals, such as Defendants, who prescribe, administer, or use such countermeasures that are necessary to treat, diagnose, prevent or mitigate COVID-19.

7.      The cause of action put forth in this matter pertains to the facility's treatment and care of the decedent Ruth Baskin during the COVID-19 global pandemic and national health emergency, which forms the basis of the complete preemption and presents a federal question under the PREP Act giving this Court original jurisdiction over Plaintiffs' claims.

8.       This Court has original jurisdiction under 28 U.S.C. § 1331 over this Federal cause of action, irrespective of the amount in controversy, and removal is proper under 28 U.S.C. § 1441(c).

9.      A true copy of the Notice of Removal is being concurrently filed with the Clerk of the District Court of Wyandotte County, Kansas, as provided by law, and will be concurrently served upon all parties.

WHEREFORE, defendant Big Blue Healthcare, Inc. d/b/a Riverbend Post-Acute Rehabilitation, Little Blue Health Holdings, LLC, and Ryan Leiker respectfully request that this action be removed to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1331 and 1441.

Dated this 26th day of May, 2020.

Respectfully submitted,


*/s/ BK Christopher*

| | |
|---|---|
| BK Christopher | KS #16387 |
| *bchristopher@hab-law.com* | |
| Richard M. Acosta | KS #23239 |
| *racosta@hab-law.com* | |
| Robert Givens | KS #78828 |
| *rgivens@hab-law.com* | |
| Matthew R. Klose | KS #27360 |
| *mklose@hab-law.com* | |

Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, MO 64108
(816) 421-0700
FAX:  (816) 421-0899

**Attorneys for Defendants**
**Big Blue Healthcare, Inc., d/b/a**
**Riverbend Post-Acute Rehabilitation and**
**Ryan Leiker**


-and-


*/s/ Todd Scharnhorst*

| | |
|---|---|
| Todd Scharnhorst | KS# 16863 |
| tscharnhorst@sakg.com | |

Scharnhorst Ast Kennard & Griffin, P.C.
1100 Walnut Street, Suite 1950
Kansas City, MO 64106
(816) 268-9400
FAX:  (816) 268-9409

**Attorneys for Defendant**
**Little Blue Health Holdings, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with this Court using the Court's electronic filing system on this 26th day of May, 2020 and that on said date a copy was transmitted by email and also sent by first class U.S. Mail, postage pre-paid to counsel below:

John S. Rollins
Paul Kavanaugh
Rollins/Kavanaugh, P.C.
919 West 47th Street
Kansas City, Missouri 64112
john@therollinslawfirm.com
paul@therollinslawfirm.com

**Attorneys for Plaintiffs**
**Michael Baskin and Willie Baskin**

/s/ *BK Christopher*
Attorney